UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIA BARBOSA, HENRIQUETA | ) | |
| BARBOSA, MANUEL BARBOSA, | ) | |
| and ANGELA BARBOSA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| THOMAS HYLAND, JESSE DRANE, | ) | NO. 11-11997-JGD |
| BRIAN DONAHUE, STEVEN JOHNSON, | ) | |
| FRANK BAEZ, EMANUEL GOMES, | ) | |
| and LEON McCABE, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF DECISION AND ORDER
RE INTEREST RATE**

January 23, 2014

The parties have been unable to agree as to the prejudgment interest rate which

should be applied in the instant case.  With respect to the state law claims, "an award of

prejudgment interest is a substantive aspect of a remedy formulation which mandates the

application of state law to state-law claims in federal court."  Conway v. Electro Switch

Corp., 825 F.2d 593, 602 (1st Cir. 1987), and cases cited.  Therefore, with respect to

those claims, prejudgment interest will be added at the rate of 12% per annum from the

date of the commencement of the action.  Mass. Gen. Laws ch. 231, § 6B.  With respect

to federal law claims, however, courts have discretion whether to award prejudgment

interest as an element of damages.  Conway, 825 F.2d at 602.  This discretion applies to

the rate of interest as well.  Id.  The purpose of an award of prejudgment interest is to

make the plaintiff whole.  Id.  See also Denton v. Boilermakers Local 29, 673 F. Supp.

37, 51 (D. Mass. 1987), and cases cited; FDIC v. Cobblestone Corp., No. 91-12741-Z,

1992 WL 396328, at *1 (D. Mass. Dec. 23, 1992), and cases cited.

Although not obligated to do so, this court will award interest at the prime rate as

reported by the Wall Street Journal since the commencement of this action.  See Tate v.

Troutman, 683 F. Supp. 2d 897, 912 (E.D. Wis. 2010), aff'd, 380 Fed. Appx. 550, 2010

WL 2464993 (7th Cir. June 17, 2010) (court awards average monthly prime rate

compounded annually in § 1983 action brought by prisoner for failure to provide

constitutionally sufficient care).  The prime rate has been 3.25% during the entire

pendency of this action.  Therefore, on the plaintiffs' federal claims, this court will award

3.25% per annum from the date of the commencement of the action through the date of

judgment.

The post-judgment interest rate shall be applied to the entire judgment from the

date of the judgment until it is satisfied.  28 U.S.C. § 1961.

         / s / Judith Gail Dein
         Judith Gail Dein
         U.S. Magistrate Judge