# United States Court of Appeals
## For the First Circuit

No. 14-1212

MARIA BARBOSA; HENRIQUETA BARBOSA; MANUEL BARBOSA; ANGELA BARBOSA

Plaintiffs - Appellees

v.

WILLIAM K. CONLON, in his official capacity as Chief of Police for the City of Brockton, MA; THOMAS HYLAND; JESSE DRANE; KENNETH LOFSTROM; BRIAN DONAHUE; STEVEN E. JOHNSON; MARK CELIA; MICHAEL DUBE; FRANK BAEZ; ANTHONY GIARDINI; EMANUEL GOMES; LEON MCCABE; BRIAN MAKER; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3

Defendants - Appellants

### MANDATE

Entered: June 10, 2014

In accordance with the judgment of June 10, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Charles P. Kazarian
Christopher S. Malloy
Stephen C. Pfaff